UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-mj-02754-AOR

IN RE SEALED COMPLAINT

_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned attorney, respectfully requests that the Complaint, Affidavit, Arrest Warrant, and all attachments thereto, and this Motion, and any related Orders and proceedings be SEALED until further order of this court, excepting the United States Attorney's Office, which may obtain copies of the sealed documents for official purposes, or any other necessary cause, for the reason that the named defendant may flee, the integrity of the ongoing investigation might be compromised, and the safety of officers assigned to effect an arrest in this matter could be compromised should knowledge of this complaint and the arrest warrant become public prematurely.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
Thomas A. Watts-FitzGerald
Assistant United States Attorney
Florida Bar No. 0273538
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9413 (Office)
Thomas.watts-fitzgerald@usdoj.gov